UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| METROPCS, a brand of T-MOBILE USA, Inc., a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>MARK DEVOR, a/k/a MARCUS W. DEVOR; and SHELDON CHASE a/k/a CHASE SHELDON a/k/a BLU CHASE<br><br>Defendant. | Case No. 1:16-cv-02949<br><br>Hon. Milton I. Shadur |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE AND FOR SPECIAL ORDER GRANTING PROPOSED ALTERNATIVE METHOD(S) OF SERVICE UPON DEFENDANT SHELDON CHASE a/k/a CHASE SHELDON a/k/a BLU CHASE**

Plaintiff T-Mobile USA, Inc., for itself and its MetroPCS brand (collectively referred to hereinafter as "MetroPCS"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 4(e) and 735 ILL. COMP. STAT. 5/2–203.1, hereby moves this Court to enter a special order extending the time to effectuate service beyond the current June 6, 2016 deadline and granting proposed alternative method(s) of substitute service upon Defendant Sheldon Chase a/k/a Chase Sheldon a/k/a Blu Chase ("Defendant"). In support of this Motion, MetroPCS states as follows:

On March 8, 2016, MetroPCS filed its Complaint for Damages and Injunctive Relief against Defendant. [DE 1]. This Court issued a Summons to Defendant on March 9, 2016. [March 9, 2016 Docket text entry only]. MetroPCS has made a diligent inquiry as to the location of the Defendant and has made reasonable efforts to make service upon Defendant, but has been unsuccessful. Federal Rule of Civil Procedure 4(m) (2015) requires that a defendant be served

with the summons and complaint no later than ninety (90) days after the complaint is filed. *Id.* The deadline to serve Defendant is June 6, 2016. For the reasons set forth in the accompanying Memorandum of Law in Support of this Motion, MetroPCS requests this honorable Court to enter a special order: (1) extending the deadline to serve Defendant as prescribed by Federal Rule of Civil Procedure 4(m); and (2) granting the proposed alternative methods of substitute service upon Defendant.

WHEREFORE, MetroPCS respectfully requests this Court enter a special order extending the deadline to effect service and granting proposed alternative method(s) of substitute service upon Defendant Sheldon Chase a/k/a Chase Sheldon a/k/a Blu Chase, and grant any such other or further relief as this Court deems just and proper.

Dated this 25th day of May, 2016.

By: /s/ *Alana Zorrilla-Gaston*
Lawrence H. Heftman
Email: lheftman@schiffhardin.com
Charles H.R. Peters
Email: cpeters@schiffhardin.com
**SCHIFF HARDIN LLP**
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
(312) 258-5500
(312) 258-5600 (fax)

James B. Baldinger (*Admitted pro hac vice*)
Florida Bar No. 869899
Email: jbaldinger@carltonfields.com
Stacey K. Sutton (*Admitted pro hac vice*)
Florida Bar No. 0289530
Email: ssutton@carltonfields.com
Alana Zorrilla-Gaston (Admitted pro hac vice)
Florida Bar No. 27256
Email: agaston@carltonfields.com

2

**CARLTON FIELDS JORDEN BURT, P.A.**
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
(561) 659-7070
(561) 659-7368 (fax)

*Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of May, 2016, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send notification to the registered attorney(s) of record that the documents have been filed and are available for view and downloading.

I HEREBY CERTIFY that also on this 25th day of May, 2016, a true and correct copy of the foregoing was served by U.S. Mail postage prepaid on the last known addresses of Defendants:

Mark Devor
3836 Stockbridge Ave.
Los Angeles, CA 90032
*Pro Se Defendant*

Sheldon Chase
560 5th St. NW
Valley City, ND 58072
*Pro Se Defendant*

By: *Alana Zorrilla-Gaston*
Alana Zorrilla-Gaston