# **EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

METROPCS, a brand of T-MOBILE USA, Inc., a Delaware Corporation

        Plaintiff,

v.

MARK DEVOR, a/k/a MARCUS W. DEVOR; and SHELDON CHASE a/k/a CHASE SHELDON a/k/a BLU CHASE

        Defendant.

Case No. 1:16-cv-02949

Hon. Milton I. Shadur

### AFFIDAVIT OF HAL LESHNER IN SUPPORT OF PLAINTIFF'S MOTION

I, Hal Leshner, having personal knowledge of or having reviewed company records on the matters set forth below, declare and state the following:

1. I am over the age of 18 and am competent in all respects to make this affidavit. I make this affidavit in support of Plaintiff's Motion for Extension of Time to Effect Service and for Special Order Granting Proposed Alternative Method(s) of Service Upon Defendant Sheldon Chase a/k/a Chase Sheldon a/k/a Blu Chase in the above-captioned case based upon my own personal knowledge, unless otherwise stated upon information and belief, which, to the best of my knowledge, is true and correct. If called as a witness, I could testify to the following from personal knowledge and/or a review of Stumar Investigations' files.

2. I am the Telecom Lead Investigator of Stumar Investigations ("Stumar"), a licensed private investigative firm based in Pennsylvania, with regional offices in Florida, Pennsylvania, New Jersey, Delaware, Maryland, West Virginia and New York. Stumar handles intellectual property as well as other types of matters, including investigations of operations dealing in the manufacturing, distribution, and/or

107305741.4

retailing of merchandise with counterfeit trademarks. Stumar is hired by trademark owners such as Lexmark, Polo Ralph Lauren, Chanel, Dooney & Bourke, Oakley, Rolex, Nike, Beats, and Otter Box. Stumar also has strategic alliances with investigation agencies throughout the United States.

3. Stumar was hired by MetroPCS to investigate the Defendants in this case. Regarding Defendant Sheldon Chase a/k/a Chase Sheldon a/k/a Blu Chase ("Chase"), Stumar conducted an investigation through proprietary databases including TransUnion/TLOxp. Those searches identified Sheldon Chase as Sheldon B. Chase, DOB 03/xx/79, with SSN 518-15-xxxx and a reported residential address of 560 5th Street NW, Valley City, ND 58072.

4. Based on the Return of Non-Service Affidavit, attached hereto as Exhibit 1, on March 10, 2016, a process server visited the reported residential address located at 560 5th Street NW, Valley City, ND 58072. The process server was greeted by a female at the residence who stated she had been residing at the location for a few years and did not know Sheldon Chase. *See* Ex. 1.

5. Stumar conducted further background searches in hopes of identifying a current address for Chase. Based on these additional search inquiries, Stumar believed that Chase could have been living with co-Defendant Mark Devor ("Devor") at 3836 Stockbridge Avenue, Los Angeles, CA 90032. However, based on the Return of Non-Service Affidavit, attached hereto as Exhibit 2, a process server attempted service upon Devor at the Los Angeles, California address, and was met by a man named Andy Ortiz who stated he had just moved into the residence about a week prior to the service attempt and did not know Devor. *See* Ex. 2. Because Chase was believed to be living with Devor but Devor was no longer residing at the Stockbridge Avenue address in Los Angeles, which was now occupied by a new resident, attempts to serve Chase at that address were abandoned as futile.

2

6. Stumar also uncovered an additional address for Chase in an active arrest warrant with the Burleigh County North Dakota Sheriff's Office: File No. 08-2015-CR-00912. The address the Sheriff's Office had on file is 4712 Carol Avenue, Bismarck, ND—however, further investigation revealed that this address does not exist.

7. Stumar investigated further and through its proprietary database searches identified an email address associated with Chase: gud_game@msn.com. Stumar also identified a Facebook profile for Chase located at the following web address: https://www.facebook.com/blu.chase. Stumar confirmed that the email address associated with Chase is the same email address linked to the aforementioned Facebook account. *See* image embedded below (verifying that Chase's email address is directly linked to the Facebook profile "Blu Chase").



8. The Facebook account appears to be fairly active as the profile picture was last updated on February 4, 2016. Chase has also uploaded several photos and has posted several Facebook messages and/or comments on his Facebook page in February 2016, which exhibit his unlawful phone trafficking activities. *See* "Blu Chase" (a/k/a Sheldon Chase) Facebook Posts, attached hereto as Composite Exhibit 3. In one post, Chase indicates that he buys and sells phones "going city to city." *See id.*

9. Stumar confirmed from Chase's Facebook page that he is Facebook friends with Defendant Devor. Devor and Chase have posted the same pictures simultaneously on their

3

individual Facebook accounts when they are together. *See* Defendants Simultaneous Posts, attached hereto as Composite Exhibit 4.

10. On his Facebook profile, Chase identifies his employer as Nez Perce Tribe, Lapwai, ID. *See* image embedded above in ¶ 7. Stumar contacted the Tribe and confirmed that Chase is not an employee. Stumar was also able to verify that Chase is not enrolled as a member of the tribe. Chase's name was not known amongst the employees of the tribe.

11. Further searches of Chase's Facebook page identifies two (2) family members: Lissa Yellowbird Chase located at 4235 9th Avenue Circle S, Apt 101, Fargo, ND 58103; and Jonathan Dick located at 27898 Goldner Road, Lapwai, ID 83540. Lissa Yellowbird Chase is also friends with Mark Devor on Facebook. Stumar has made several telephone calls to Lissa, but was unable to reach her. Stumar has also called Jonathan, but Jonathan never returned the call.

12. Stumar has made a diligent inquiry as to the location of Defendant Chase, but attempts have been fruitless. Stumar has made reasonable efforts to effectuate service upon Defendant Chase, but to no avail. After extensive investigations to locate and serve Chase, combined with Chase's comment on his Facebook page that he is "going city to city," future attempts of personal or abode service would prove futile.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 23rd day of May, 2016.

Hal Leshner

STATE OF *Pennsylvania*
COUNTY OF *Montgomery*

Sworn to and subscribed before me this 23rd day of May, 2016.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Tina M. Allen, Notary Public
Norristown Boro, Montgomery County
My Commission Expires Aug. 23, 2016
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

# EXHIBIT 1

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN District of Illinois

Case Number: 16-CV-2949

Plaintiff:
**METROPCS a band of T-MOBILE USA, Inc., a Delaware Corporation**
vs.
Defendant:
**MARK DEVOR a/k/a MARCUS W. DEVOR; and SHELDON CHASE a/k/a CHASE SHELDON a/k/a BLUE CHASE**

For: Stacy Sutton, Esq.
CARLTON FIELDS JORDEN BURT

Received by SIGNED, SEALED & DELIVERED INC. on the 9th day of March, 2016 at 12:59 pm to be served on Sheldon Chase A/K/A Chase Sheldon A/K/A Blu Chase, 560 5th St. Nw, Valley City, ND 58072, I, _Jon Heuning_, _____, being duly sworn, depose and say that on the __9__ day of _March_, 20_16_ at _6:30_ p.m., executed service by delivering a true copy of the **Complaint for Damages & Injunctive Relief; Civil Cover Sheet & Corp Disclosure Statement; Report on Filing or Determination of Action Regarding Patent or Trademark; Summons issued as to Mark Devor and Sheldon Chase; Attorney Appearance Form and Corrected Attorney Appearance Form – Lawrence H. Heftman**
in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) SUBSTITUTE SERVICE: By serving _____ as
_____.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as
_____.

(X) NON SERVICE: For the reason detailed in the Comments below.

MILITARY STATUS: Based on inquiry to person served he or she IS / IS NOT in the United States Military.

COMMENTS: _Individual did not reside at address given, spoke with female who stated she had lived at address couple years and never heard of him._

Age ____ Sex M F Race _____ Height _____ Weight _____ Hair _____ Glasses Y N

## AFFIDAVIT OF SERVICE For 16-CV-2949

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 15th day of March, 2016 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

MATT CIESYNSKI
Notary Public
State of North Dakota
My Commission Expires Dec. 28, 2021

_____
PROCESS SERVER # 546
Appointed in accordance with State Statutes

SIGNED, SEALED & DELIVERED INC.
P.O. Box 15255
West Palm Beach, FL 33416
(561) 712-1722

Our Job Serial Number: 2016000446

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1b

# EXHIBIT 2

| Attorney or Party without Attorney: <br> LAWRENCE H. HEFTMAN, ESQ. <br> SCHIFF HARDIN LLP <br> 233 SOUTH WACKER DRIVE <br> SUITE 6600 <br> CHICAGO, IL 60606 <br> Telephone No: (312) 258-5725 <br><br> Attorney for: Plaintiff | | | Ref. No or File No.: | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of Illinois | | | | | |
| Plaintiff: METROPCS, ET AL. | | | | | |
| Defendant: MARK DEVOR, ET AL. | | | | | |
| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 16-CV-2949 | |

1. I, JAVIER SANCHEZ, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant MARK DEVOR, a/k/a MARCUS W. DEVOR as follows:

2. **Documents:** Summons In A Civil Case; Complaint For Damages And Injuctive Relief; Civil Cover Sheet; Plaintiffs' Corporate Disclosure Sttement Pursuant To Federal Rule Of Civil Procedure 7.1(B) And Local Rule 3.2; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; U.S. District Court For The Northern District Of Illinois Attorney Appearance Form.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 03/09/16 | 2:00pm | Business | Returned Not Served on: MARK DEVOR, a/k/a MARCUS W. DEVOR Business - 3836 Stockbridge Avenue LOS ANGELES, CA 90032 |
| Mon | 05/09/16 | 10:10am | Business | PER ANDY ORTIZ, SUBJECT IS UNKNOWN. HE STATED THAT HE JUST MOVED INTO THIS LOCATION ABOUT A WEEK AGO. Attempt made by: JAVIER SANCHEZ, Registration #2014115318 Los Angeles County. Attempt at: 3836 Stockbridge Avenue LOS ANGELES, CA 90032. |

3. Person Executing
   a. JAVIER SANCHEZ
   b. **FIRST LEGAL SUPPORT SERVICES**
      1511 BEVERLY BOULEVARD
      LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for service was:
   e. **I am:** (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2014115318
      (iii) County: Los Angeles

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, May. 09, 2016

   **AFFIDAVIT OF DUE DILIGENCE** (JAVIER SANCHEZ)

   2957411;vs.lawhe.784016

| Attorney or Party without Attorney: <br> LAWRENCE H. HEFTMAN, ESQ. <br> SCHIFF HARDIN LLP <br> 233 SOUTH WACKER DRIVE <br> SUITE 6600 <br> CHICAGO, IL 60606 <br> Telephone No: (312) 258-5725 <br><br> Attorney for: Plaintiff | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Ref. No or File No.:* | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of Illinois | | | | |
| Plaintiff: METROPCS, ET AL. | | | | |
| Defendant: MARK DEVOR, ET AL. | | | | |
| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 16-CV-2949 |

1. I, JAVIER SANCHEZ, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant MARK DEVOR, a/k/a MARCUS W. DEVOR as follows:

2. **Documents:** Summons In A Civil Case; Complaint For Damages And Injuctive Relief; Civil Cover Sheet; Plaintiffs' Corporate Disclosure Statement Pursuant To Federal Rule Of Civil Procedure 7.1(B) And Local Rule 3.2; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; U.S. District Court For The Northern District Of Illinois Attorney Appearance Form.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 03/09/16 | 8:30am | Home | NO ANSWER AT THE DOOR, PER SECURITY GUARD DOWN STAIRS HE METIONED THAT THE SUBJECT IS UNKNOWN. JACOB HUMBERT IS THE CURRENT TENANT HERE. Attempt made by: JAVIER SANCHEZ, Registration #2014115318 Los Angeles County. Attempt at: 206 W. 6th street Apt. 842 LOS ANGELES, CA 90014. |
| Thu | 03/10/16 | 12:00pm | Home | Returned Not Served on: MARK DEVOR, a/k/a MARCUS W. DEVOR Home - 206 W. 6th street Apt. 842 LOS ANGELES, CA 90014 |

3. *Person Executing*
   a. JAVIER SANCHEZ
   **b. FIRST LEGAL SUPPORT SERVICES**
   1511 BEVERLY BOULEVARD
   LOS ANGELES, CA 90026
   c. (213) 250-1111, FAX (213) 250-1197

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   **d. The Fee** for service was:
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 2014115318
       (iii) County: Los Angeles

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, May. 09, 2016

   **AFFIDAVIT OF DUE DILIGENCE**     (JAVIER SANCHEZ)

   2958122;vs.lawhe.784058

# COMPOSITE EXHIBIT 3



**Blu Chase**

Message

Timeline | About | Friends 1 Mutual | Photos | More

**DO YOU KNOW BLU?**

If you know Blu, send him a message.

1 Mutual Friend

### Intro

- Worked at Nez Perce Tribe
- Studied Business Administration at Yakima Valley Community College
- Lives in Falls Church, Virginia
- From Falls Church, Virginia

### Photos

**Blu Chase** updated his profile picture.
February 4



Share

13




Blu Chase
February 22

Get off me !!!!!

Share

👍 3 people like this.

 **Frank A Stoldt** Iphones?
February 22 at 2:45am

 **Blu Chase** U know it 160 units IPhone 6's
February 22 at 2:48am

 **Frank A Stoldt** Lotta phones man
February 22 at 2:50am

 **Blu Chase** Yea they go for about $1500 in Egypt
February 22 at 2:51am

 **Frank A Stoldt** How bout on the rezz
February 22 at 2:52am

 **Blu Chase** I bet I can find clients on the Rez, tell them I'll pay them $200 to buy phones for me. I'll pay for the phones and everything. Once they come out of the store with 5 phones I'll pay them $200 cash money
February 22 at 2:53am

 **Valerie Dick** Dang.. did I tell you your my favorite brother.
February 22 at 4:13am

 **Blu Chase** Lols, these phones are gone already. This is what I do going city to city
February 22 at 10:22am

 **John Robinson** Dude, get me a note 4.
February 22 at 2:57pm

 **Blu Chase** I would if I could but we only do iphones.
February 22 at 3:37pm

 **John Robinson** Well shit, how much for one of them?

**Jessica Nelson** I want a iphone!! 😢
February 22 at 3:40pm

**John Robinson** I just busted mine last night.
February 22 at 3:40pm

**Blu Chase** I get random people to agree to run a soft credit check on them with Verizon, if they come back as a zero deposit we buy them at that discount price. They knock off about $500 a phone
February 22 at 3:41pm

**Blu Chase** Jessica I wish I could but these things are my pay check. even I would have to pay full price. Ur best bet is see what u qualify with Verizon. Then if u want to open the remaining 4 lines we could get phones together and I'll break u off 2 Benjamin
February 22 at 3:44pm



# COMPOSITE EXHIBIT 4





**Mark Devor**
Follow · November 27, 2014 · 

At The Cosmopolitan of Las Vegas.

Like · Share

👍 6 people like this.


**Ashley Ryerson** I'm heading there today##
November 28, 2014 at 2:13pm · Like


**Mark Devor** To vegas no shit you flying here or what let meet and have a drink
November 28, 2014 at 2:14pm · Like

**Ashley Ryerson** Yup I'll be there tonight
November 28, 2014 at 2:15pm · Like


**Mark Devor** Oh shit I flew in last night hit me up when you get here I buy you. Drink
November 28, 2014 at 2:16pm · Like

**Suggested Groups**



Selfie Nation™
66,375 members      + Join

See All



**Blu Chase**
November 27, 2014

Share

Suggested Groups



**Relationships**
1 friend · 20,439 members

+ Join

See All