UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| METROPCS, a brand of T-MOBILE USA, Inc., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARK DEVOR a/k/a MARCUS W. DEVOR and SHELDON CHASE a/k/a CHASE SHELDON a/k/a BLU CHASE,<br><br>Defendants. | Case No. 1:16-cv-02949<br><br>Hon. Milton I. Shadur |

**NOTICE OF PRESENTMENT OF PLAINTIFF'S MOTION TO COMPEL DEPOSITION IN AID OF EXECUTION OF JUDGMENT AND FOR SANCTIONS**

PLEASE TAKE NOTICE that on Monday, May 15, 2017, 9:15 a.m., undersigned counsel will appear before the Honorable Milton I. Shadur, in Courtroom 2303, in the Everett McKinley Dirksen United States Courthouse located at 219 South Dearborn Street, Chicago, IL 60604, and will present Plaintiff's Motion to Compel Depositions in Aid of Execution of Judgment and for Sanctions.

As grounds and in support of its Motion, Plaintiff shall rely upon its Motion, incorporated memorandum of law in support of its Motion, and on all other pleadings, papers, and proceedings in this matter.

Dated this 2nd day of May, 2017.

> By: */s/ Alana Zorrilla-Gaston*
> Lawrence H. Heftman
> Email: lheftman@schiffhardin.com
> Charles H.R. Peters
> Email: cpeters@schiffhardin.com
> **SCHIFF HARDIN LLP**
> 233 South Wacker Drive, Suite 6600
> Chicago, IL 60606

1

110045427.1

(312) 258-5500
(312) 258-5600 (fax)

James B. Baldinger
Florida Bar No. 869899
Email: jbaldinger@carltonfields.com
Stacey K. Sutton
Florida Bar No. 0289530
Email: ssutton@carltonfields.com
Alana Zorrilla-Gaston (*Admitted pro hac vice*)
Florida Bar No. 27256
Email: agaston@carltonfields.com
**CARLTON FIELDS JORDEN BURT, P.A.**
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
(561) 659-7070
(561) 659-7368 (fax)

*Attorneys for Plaintiff*

2

110045427.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF, which will send notification to the registered attorney(s) of record that the documents have been filed and are available for viewing and downloading.

I HEREBY CERTIFY that also on this day, a true and correct copy of the foregoing document was served by U.S. Mail postage pre-paid to:

Mark Devor
116 S. Occidental Blvd.
Los Angeles, CA 90057
*Defendant in default*

Sheldon Chase
560 5th St. NW
Valley City, ND 58072
*Defendant in default*

Dated: May 2, 2017

*/s/ Alana Zorrilla-Gaston*
Alana Zorrilla-Gaston